**STATE of North Dakota, Plaintiff and Appellee,**

v.

**Daniel LONG, Defendant and Appellant.**

**Cr. No. 451.**

Supreme Court of North Dakota.

Jan. 31, 1974.

Rehearing Denied March 27, 1974.

Charles J. Gilje, State's Atty., Jamestown, for plaintiff and appellee State of North Dakota.

Lewis C. Jorgenson, Devils Lake, for defendant and appellant.

VOGEL, Judge.

This is a companion case to State v. Matthews, N.D., 216 N.W.2d 90, decided today. It is controlled by the decision in that case.

The judgment of conviction is reversed and the case is remanded for further proceedings consistent with the opinion in State v. Matthews.

ERICKSTAD, C. J., and PAULSON, J., concur.

TEIGEN and KNUDSON, Judges (dissenting).

See State v. Matthews.

ERICKSTAD, Chief Justice, and PAULSON, Judge (concurring specially).

See State v. Matthews.